` PROB 12C
(6/96)

# United States District Court

for

WESTERN DISTRICT OF TEXAS

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender**: Clayton Eric Claflin **Case Number**: A:14-CR-359(1)-SS

**Name of Sentencing Judicial Officer:** Honorable Sam Sparks, Senior United States District Judge

**Date of Original Sentence:** January 18, 2019

**Original Offense:** Ct. One: Possession of Firearm by Convicted Felon, in violation of 18 U.S.C. § 922(g)(1)

**Original Sentence:** Sentenced to Time Served, to be followed by a three (3) year term of supervised release. Special conditions ordered: search and seizure, participate in mental health treatment, take all medication as prescribed, reside for the first 180 days at the Residential Re-entry Center, and pay a $100 special assessment.

**Type of Supervision:** Supervised Release **Date Supervision Commenced**: January 18, 2019

**Assistant U.S. Attorney:** Sarah Wannarka **Defense Attorney:** Horatio R. Aldredge

===========================================================================

### PREVIOUS COURT ACTION

On August 1, 2019, a Request for Modifying the Conditions or Term of Supervision with Consent of the Offender was submitted to the Court to report the offender had violated his conditions of release by consuming alcohol and marijuana and maintaining criminal association. To address the violations, a modification for the following conditions was submitted to the Court: halfway house placement, alcohol abstinence, no synthetic drug use, financial disclosure, no new lines of credit, and reside in an approved residence. On this same date, the Honorable Sam Sparks modified the conditions as noted above.

*On March 9, 2020, a Petition for Warrant or Summons for Offender Under Supervision was submitted to the Court to report the offender had violated his conditions of release by traveling outside of the district and failing to take psychiatric medication as directed. On March 9, 2020, a warrant was issued for the offender's arrest.*

### PETITIONING THE COURT

[X] To issue a warrant [ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Standard Condition No. 3:** "The defendant shall not knowingly leave the federal judicial district where he or she is authorized to reside without first getting permission from the court or the probation officer."

**Nature of Noncompliance:** On February 23, 2020, the offender traveled to Tampa, Florida, without the permission of the Court or probation officer.

**Violation Special Condition No. 1:** "The defendant shall take all mental health medications that are prescribed by the treating physician."

**Nature of Non-compliance:** On March 2, 2020, the offender failed to report to the federal treatment provider as scheduled for his monthly injection of Abilify.

***Violation Mandatory Condition No. 1:*** *"The defendant shall not commit another federal, state, or local crime during the term of supervision."*

***Nature of Non-compliance:*** *On July 7, 2020, an Indictment was filed in the Western District of Texas, Austin Division, Dkt. # 1:20-CR-159-LY, charging the offender with Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).*

---

## U. S. Probation Officer Recommendation:

The term of supervision should be:

[X] Revoked.
[ ] Extended for _______years, for a total term of _________years.

[ ] The conditions of supervision should be modified as follows:

Approved by,

Martha N. Davis
Supervising U.S. Probation Officer
Date: June 27, 2022

Respectfully submitted,

Patricia A. Whitson
Supervising U.S. Probation Officer
Date: June 27, 2022

Approved by,

*PREVIOUSLY SIGNED BY AUSA Sarah Wannarka*

Sarah Wannarka Assistant U.S. Attorney

☐ recommend ☐ does not recommend Justification: ______________________

## THE COURT ORDERS:

[X] Other *The amendment of the Petition as noted.*
*(warrant was previously issued)*

Honorable Susan Hightower
U.S. Magistrate Judge

June 28, 2022
Date